# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Claudius Williams | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2;10-cv-1799-RBH-RSC |
| The State of South Carolina | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr are adopted and incorporated  The Complaint is dismissed without prejudice and without issuance and service of process.  The Plaintiff shall take nothing on his Complaint file pursuant to Title 42 U.S.C § 1983.


This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.


Date:   September 21, 2010                                      *CLERK OF COURT*   Larry W. Propes

                                                                                          */s/ Stillman*

                                                                                *Signature of Clerk or Deputy Clerk*